**FILED**

JUL 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Taymon J Jackson, Plaintiff,

vs.

WARDEN Bob Herek, C. Wilson, Department of Corrections
W.A. Duncan, R Pimente, N.Grannis
M. Ferguson, G.Stewart.  Defendant. J. Isola,
M Castella I. Pasche, M.Pena, J. Isola,

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, TAymon J Jackson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes _____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.   (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   _____ *Never* _____

5   _____

6   _____

7   2.      Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9           a.      Business, Profession or              Yes ____  No ___✓

10                  self employment

11          b.      Income from stocks, bonds,           Yes ____  No ___✓

12                  or royalties?

13          c.      Rent payments?                       Yes ____  No ___✓

14          d.      Pensions, annuities, or              Yes ____  No ___✓

15                  life insurance payments?

16          e.      Federal or State welfare payments,   Yes ____  No ___✓

17                  Social Security or other govern-

18                  ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____

22   _____

23   3.      Are you married?                            Yes ____  No ___✓

24   Spouse's Full Name: _____

25   Spouse's Place of Employment: _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____  Net $_____

28   4.      a.      List amount you contribute to your spouse's support:$ _____

1      b.   List the persons other than your spouse who are dependent upon you for

2      support and indicate how much you contribute toward their support. (NOTE:

3      For minor children, list only their initials and ages. DO NOT INCLUDE

4      THEIR NAMES.).

5   _____

6   _____

7  5.    Do you own or are you buying a home?     Yes ____ No ___✓

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.    Do you own an automobile?         Yes ____ No ___✓

10  Make _____ Year _____ Model _____

11  Is it financed? Yes _____ No _____ If so, Total due: $_____

12  Monthly Payment: $_____

13  7.    Do you have a bank account? Yes ____ No ___✓(Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s): $_____

17  Do you own any cash? Yes ____ No ✓ Amount: $_____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.) Yes ____ No ___✓

20  _____

21  8.    What are your monthly expenses?  _NONE_

22  Rent: $_____ Utilities: _____

23  Food: $_____ Clothing: _____

24  Charge Accounts:

25  <u>Name of Account</u>    <u>Monthly Payment</u>    <u>Total Owed on This Acct.</u>

26  _____ $_____ $_____

27  _____ $_____ $_____

28  _____ $_____ $_____

1   9.    Do you have any other debts?  (List current obligations, indicating amounts and to

2   whom they are payable.  Do not include account numbers.)

3   _____ *None* _____

4   _____

5   10.   Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?   Yes ____  No _____

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9   _____

10

11       I consent to prison officials withdrawing from my trust account and paying to the court

12   the initial partial filing fee and all installment payments required by the court.

13       I declare under the penalty of perjury that the foregoing is true and correct and

14   understand that a false statement herein may result in the dismissal of my claims.

15

16   *6-20-08*

17      DATE                 SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

**Case Number: 08-3227 PJH**

## CERTIFICATION OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Taymon J. Jackson  K35749</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were <u>$36.75</u> and the average balance in the prisoner's account each month for the most recent 6-month period was <u>$73.76</u>.      (20%= $14.75)

Dated: ___7/15/08___                                        ✗ _Usar   ours  Sur_
                                                         Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  7-15-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ___Kleppin___
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 15, 2008

ACCOUNT NUMBER : K35749                     BED/CELL NUMBER: CF07L 000000119L
ACCOUNT NAME   : JACKSON, TAYMON J.              ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|-------|------|--------------|----------|----------|----------|-------------|---------|
| 01/01/2008 | | BEGINNING BALANCE | | | | | 44.59 |
| 01/03 | FC04 | DRAW-FAC 4 | 2821 C-7 | | | 44.59 | 0.00 |
| 01/07 | *DD34 | EFT DEPOSIT O | 2841JP#246 | | 29.25 | | 29.25 |
| 02/04 | FC04 | DRAW-FAC 4 | 3373 C-7 | | | 29.25 | 0.00 |
| 03/06 | *DD34 | EFT DEPOSIT O | 3879JP#340 | | 56.25 | | 56.25 |
| 03/06 | W512 | LEGAL POSTAGE | 3906 | | | 1.14 | 55.11 |
| 03/13 | *DD34 | EFT DEPOSIT O | 4015JP#350 | | 45.00 | | 100.11 |
| 03/19 | W502 | POSTAGE CHARG | 4098 | | | 0.41 | 99.70 |
| 03/26 | *W502 | POSTAGE CHARG | 4202 | | | 11.10 | 88.60 |
| 04/02 | FC04 | DRAW-FAC 4 | 4277 C7 | | | 45.00 | 43.60 |
| 05/02 | FC04 | DRAW-FAC 4 | 4769 C-7 | | | 43.60 | 0.00 |
| 05/20 | *DD34 | EFT DEPOSIT O | 5048JP#447 | | 90.00 | | 90.00 |
| 05/27 | W502 | POSTAGE CHARG | 5148 | | | 0.01 | 89.99 |
| 06/03 | FC04 | DRAW-FAC 4 | 5250 C-7 | | | 45.00 | 44.99 |
| 06/17 | W512 | LEGAL POSTAGE | 5509 | | | 0.01 | 44.98 |
| 06/19 | W502 | POSTAGE CHARG | 5558 | | | 0.35 | 44.63 |
| 06/19 | W502 | POSTAGE CHARG | 5558 | | | 0.18 | 44.45 |
| 06/19 | W502 | POSTAGE CHARG | 5558 | | | 0.01 | 44.44 |
| 06/19 | W502 | POSTAGE CHARG | 5558 | | | 0.01 | 44.43 |
| 07/03 | W502 | POSTAGE CHARG | 0057 | | | 0.18 | 44.25 |
| 07/08 | FC04 | DRAW-FAC 4 | 0128 C-7 | | | 44.25 | 0.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/05/96                     CASE NUMBER: SC961569
COUNTY CODE: MON                             FINE AMOUNT: $   2,800.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 01/01/2008 | | BEGINNING BALANCE | | 2,112.62 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-15-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 15, 2008

ACCT: K35749        ACCT NAME: JACKSON, TAYMON J.        ACCT TYPE: I

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/05/96                    CASE NUMBER: SC961569
COUNTY CODE: MON                           FINE AMOUNT: $    2,800.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 01/07/08 | DR34 | REST DED-EFT DEPOSIT | 32.50- | 2,080.12 |
| 03/06/08 | DR34 | REST DED-EFT DEPOSIT | 62.50- | 2,017.62 |
| 03/13/08 | DR34 | REST DED-EFT DEPOSIT | 50.00- | 1,967.62 |
| 05/20/08 | DR34 | REST DED-EFT DEPOSIT | 100.00- | 1,867.62 |

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        \*

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 44.59 | 220.50 | 265.09 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE

0.00

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  7-15-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

#K-35749
O.S.P O/7 #119
P/O BOX 7500
Crescent City, ca.
95531-7500

PJH

RECEIVED

JUL 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

US NORTHERN DIST COURT OF CA
1301 CLAY ST SUITE 400
SOUTH OAKLAND CA 94612-5212

Legal mail

D DePew CTA                    7-24-08

RECYCLED